HARRISON H. BOYCE and Another, Respondents, v. THE MOTOMETER COMPANY, INC., Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant The Motometer Company, Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRISON H. BOYCE and Another, Respondents, v. THE MOTOMETER COMPANY, INC., and Another, Defendants, Impleaded with GEORGE H. TOWNSEND, II, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant George H. Townsend, II, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY E. OPPENHEIMER, Respondent, v. MILTON M. EPSTEIN and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RELIABLE PIECE DYE WORKS, INC., Appellant, v. MYLES REALTY COMPANY, Defendant, Impleaded with VINCENT VERRATTI, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRANT OIL BURNER CORPORATION, Appellant, v. WILLIAM T. VAN BRUNT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HERBERT S. BOULIN, Petitioner, for a Certiorari Order against ALEXANDER C. MACNULTY, Deputy and Acting Secretary of State of the State of New York, Respondent.— Order of certiorari overruled and dismissed, and determination confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS N. LESSER, Appellant, v. MOLLIE KATZ, Respondent, Impleaded, etc.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the judgment is against the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS OSTROFF, Appellant.— Judgment reversed and information dismissed, on the ground that there is no proof to sustain the same. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WAYNE COMPANY, Respondent, v. HAMLIN F. ANDRUS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LONGCHAMPS, INC., Respondent, v. LONGCHAMP RESTAURANT & TEA ROOM, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SUPERFOS COMPANY, INC., Respondent, v. PHILIP KACHURIN, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.